**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00943-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-12-883**

## ORDER

The Court has before it appellant's September 4, 2013 unopposed motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 4, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE